## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL SYSTEM SERVICES, INC., M. TROY WOODS, KRISS CLONINGER III, DR. SIDNEY E. HARRIS, RICHARD W. USSERY, PHILIP W. TOMLINSON, MASON H. LAMPTON, JOHN T. TURNER, WILLIAM M. ISAAC, RICHARD A. SMITH, CONNIE D. MCDANIEL, WALTER W. DRIVER JR., F. THADDEUS ARROYO, and JOIA M. JOHNSON,<br><br>Defendants. | Case No. 4:19-cv-00114-CDL |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Michael Peters ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to all others similarly situated. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

Dated: August 22, 2019

Respectfully submitted,

 */s/ James M. Wilson, Jr.*
James M. Wilson, Jr.
Ga. Bar No. 768445

**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
Email: jwilson@faruqilaw.com

*Counsel for Plaintiff*